# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Yee Shae,<br><br>                      Petitioner,<br><br>v.<br><br>James Mchenry, Lisa Monaco, Kristi Noem,<br>Peter Berg, Warden of Freeborn County<br>Detention Center,<br><br>                      Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br><br>Case Number: 25-cv-2782 JMB/DLM |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Yee S.'s Petition for a Writ of Habeas Corpus (Doc. No. 1) is GRANTED in part and DENIED in part as follows:
   a. Respondents are ORDERED to release Petitioner Yee S. from custody immediately, and in any event no later than 10:00 a.m. CT on October 10, 2025, subject to and in accordance with the conditions in his preexisting Order of Supervision dated December 13, 2021.
   b. No later than 10:00 a.m. CT on October 10, 2025, counsel for Respondents is ORDERED to provide a declaration pursuant to 28 U.S.C. § 1746 affirming that Petitioner was released from custody in accordance with this Order.
2. Petitioner's Emergency Motion to Expedite Pursuant to 28 U.S.C. § 1657 (Doc. No. 11) is DENIED as moot.
3. Petitioner's Emergency Motion for a Temporary Restraining Order Under Federal Rule of Civil Procedure 65(b) and Preliminary Injunction Under Federal Rule of Civil Procedure 65(a) (Doc. No. 13) is DENIED as moot.

| | |
|---|---|
| Date: 10/9/2025 | KATE M. FOGARTY, CLERK |